**628**

*Louis Spiegel* for respondents.

No. 77. LEWIS *v.* ILLINOIS. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Ode L. Rankin* for petitioner. *Messrs. George F. Barrett,* Attorney General of Illinois, and *Thomas J. Courtney* for respondent.

No. 79. CITY OF HARVEY ET AL. *v.* GETZ. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John J. Dowdle* for petitioners. *Mr. Henry O. Nickel* for respondent.

No. 80. CITY OF HARVEY *v.* GETZ. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John J. Dowdle* for petitioner. *Mr. Henry O. Nickel* for respondent.

No. 84. SARGENT & COMPANY ET AL. *v.* MOORE ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Raymond J. Scully* and *Hilbert I. Trachman* for petitioners. *Mr. Frank Weinstein* for respondents.

No. 85. HALL ET AL. *v.* BARNES ET AL., MEMBERS OF THE UNEMPLOYMENT COMPENSATION COMMISSION OF KEN-

TUCKY, ET AL. October 13, 1941. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. *Mr. John Y. Brown* for petitioners. *Mr. A. E. Funk* for respondents.

No. 87. COCA-COLA COMPANY *v.* DIXIE-COLA LABORATORIES, INC., ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Harry D. Nims* and *Edward S. Rogers* for petitioner. *Mr. W. Hamilton Whiteford* for respondents.

No. 88. HUNTER & CO., INC. *v.* VILLAGE OF BELLWOOD. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. John F. Voight* for petitioner. *Mr. Henry O. Nickel* for respondent.

No. 90. JOGGER MANUFACTURING CORP. *v.* ROQUEMORE, DOING BUSINESS AS MULTIGRAPH SALES AGENCY. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Sidney Neuman* for petitioner. *Mr. Philip M. Aitken* for respondent.

No. 92. MITCHELL, ADMINISTRATOR, *v.* NEW ENGLAND MUTUAL LIFE INSURANCE CO. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John W. Carter, Jr.* for petitioner. *Mr. John L. Walker* for respondent.